RICHARD G. SOMES, STATE BAR #203957
JEFFREY R. LEIGHT, STATE BAR #291737
rsomes@tysonmendes.com; jleight@tysonmendes.com
TYSON & MENDES, LLP
17885 Von Karman Avenue, Suite 450
Irvine, CA 92614
Telephone: 949.490.4840/Facsimile: 949.267.5261

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FATEN YOUSSEF,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, MICHELLE DOE, an individual, and DOES 1 through 25,<br><br>    Defendants. | Case No. 8:20-cv-2160<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Costco Wholesale Corporation ("Defendant") hereby removes this action from the Superior Court of the State of California, County of Orange, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

///

///

///

///

-1-

**Complete Diversity Exists**

1. Plaintiff Faten Youssef ("Plaintiff") is a citizen of the state of California.

2. Defendant Costco Wholesale Corporation was, at the time of the filing of this action, and still is, a citizen of the state of Washington. Defendant is a Washington corporation with its headquarters and principal place of business in Washington.

3. Defendant Michelle DOE is a doe defendant. The citizenship of Michelle DOE has no impact on whether complete diversity exists between the plaintiff and defendants. Specifically, under 28 U.S.C. § 1441(a) "the citizenship of defendants sued under fictitious names shall be disregarded."

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**Amount in Controversy Exceeds $75,000**

5. Plaintiff's lawsuit asserts causes of action against Defendant for negligence and premises liability.  (*See* Complaint in case no. 30-2020-01152514-CU-PO-CJC, Superior Court of California, County of Orange, attached as Exhibit 1.)

6. In brief, Plaintiff alleges on October 1, 2019, she sustained injuries when she slipped and fell in Defendant's store located at 27220 Heather Ridge, Laguna Niguel, CA 92677. Plaintiff alleges Defendant negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the subject store. (*See* Complaint in case no. 30-2020-01152514-CU-PO-CJC, Superior Court of California, County of Orange, at, Page 3, First Cause of Action – General Negligence, and Page 4 Second Cause of Action – Premises Liability, attached as Exhibit 1.)

///

///

///

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

7. Plaintiff alleges she has sustained hospital and medical expenses, general damage, and a loss of earning capacity. (*See* Complaint in case no. 30-2020-01152514-CU-PO-CJC, Superior Court of California, County of Orange, at Page 5, attached as Exhibit 1.)

8. The Complaint does not state a demand for a specific sum. Moreover, it is not facially apparent from the allegations of the Complaint that the amount in controversy in exceeded the $75,000 jurisdictional minimum established by 28 U.S.C. §1332(a).

9. However, on November 2, 2020, Plaintiff served a Statement of Damages "in excess" of **$2,000,000.00** which exceeds the $75,000 jurisdictional minimum. Specifically, Plaintiff identifies general damages in excess of $1,000,000.00 and special damages in excess of $1,000,000.00. (*See* Statement of Damages in case no. 30-2020-01152514-CU-PO-CJC, Superior Court of California, County of Orange, attached as Exhibit 2.)

**Notice of Removal Is Timely**

10. On July 22, 2020, Plaintiff filed this action in the Superior Court of the State of California, County of Orange, case no. 2030-2020-01152514-CU-PO-CJC. *See* Complaint, attached hereto as Exhibit 1.

11. On August 31, 2020, Plaintiff personally served the Summons and Complaint on Defendant through its registered agent, C T Corporation System. The Complaint did not state a demand for a specific sum, and it was not factually apparent from the allegations therein that the amount in controversy exceeded the $75,000 jurisdictional minimum.

12. However, On November 2, 2020, Plaintiff served a Statement of Damages claiming damages in excess of $2,000,000.00 thus exceeding the $75,000 jurisdictional minimum at that time.

13. This Notice of Removal, therefore, has been timely filed within 30 days of the date that Plaintiff served her Statement of Damages. *See* 28 U.S.C. § 1446(b)(3).

///

**Other Requirements for Removal Are Met**

14. Removal to this Court is proper as the Superior Court of the State of California, County of Orange, where the action was originally filed, is located in this district.

15. A copy of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as Exhibit 3.

16. Counsel for Defendant certifies it will file a copy of the Notice of Removal with the clerk of the Superior Court of the State of California, County of Orange, and give notice of same to counsel for Plaintiff.

Date: November 9, 2020                TYSON & MENDES, LLP

By: /s/*Richard G. Somes*
    RICHARD G. SOMES, ESQ.
    JEFFREY R. LEIGHT, ESQ.
    Attorneys for Defendant COSTCO
    WHOLESALE CORPORATION,

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17885 Von Karman Avenue, Irvine, CA 92614.

On November 9, 2020, I served the foregoing document described as:

**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

  X   BY UNITED STATES MAIL: I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, at the addresses stated on attached service list.

  ___  BY PERSONAL SERVICE: I emailed the documents identified above to a courier service, Nationwide Attorney Service, to be delivered by personal service to the parties at the addresses stated on attached service list.

  ___  BY ELECTRONIC FILING (NEF):: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document and I checked the CM/ECF docket and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on attached service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 9, 2020, at Irvine, California.

*/s/Brandi Newell*
_____
Brandi Newell

## **SERVICE LIST**

| | |
|---|---|
| DANIEL AZIZI, Esq. - State Bar No. 26899S DOWNTOWN L.A. LAW GROUP<br>601 N. Vermont Ave.<br>Los Angeles, CA 90004<br>Tel: (213) 389-3765<br>Fax: (877) 389-2775<br>Email: Daniel@downtownlalaw.com | Attorneys for Plaintiff<br>FATEN YOUSSEF |

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)