JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FATEN YOUSSEF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, MICHELLE DOE, an individual, and DOES 1 through 25,<br><br>　　　　Defendants. | Case No.  8:20−cv−02160−JLS (KESx)<br><br>**ORDER GRANTING STIPULATION TO REMAND AND CAP PLAINTIFF'S DAMAGES (Doc. 15)** |

    The Parties to the above-referenced action have filed a Stipulation to Remand and Cap Plaintiff's Damages. (Stip., Doc. 15.) The Court having reviewed that Stipulation, orders as follows:

    1.    The Parties' stipulation is **approved**;

    2.    Central District of California case number 8:20-cv-02160-JLS-KESx entitled *Faten Youssef vs. Costco Wholesale Corporation, et al.* is hereby remanded to the Orange County Superior Court, originally commenced as case number 0-02020-01152514-CU-PO-CJC.

    3.    Plaintiff's damages in this lawsuit are limited to and capped at $75,000.

**IT IS SO ORDERED**.

Dated: July 16, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE